**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                    Case No. 3:06-cr-114-J-32HTS

COREY DEON CHARLES

_____

**O R D E R**

Defendant has submitted an untitled document in letter form (Doc. #6; Letter).  Mr. Charles is informed any requests for relief must be embodied in a proper motion.  *See* Rule 3.01(f), Local Rules, United States District Court, Middle District of Florida.

It is noted that in the Letter Defendant expresses interest in being transferred to federal custody from the state system, in which he is presently serving a sentence.  Letter at 1-2.  Although the behavior which led to his current incarceration may also constitute a violation of his supervised release, *see* Petition for Warrant or Summons for Offender Under Supervised Release (Doc. #2), there may be no entitlement to the relief he seeks.  *See, e.g., United States v. Cunningham*, 150 F.App'x 994, 996 (11th Cir. 2005) (per curiam) (even where federal warrant has issued, defendant not entitled to commencement of supervised release violation proceedings prior to completion of state sentence).  Nonetheless,

the United States Attorney's office remains free to consider the

Letter for whatever action it deems appropriate.

**DONE  AND  ORDERED** at Jacksonville, Florida, this 21st day of

July, 2006.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

United States Attorney
Defendant
United States Probation Office

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                          Case No. 3:06-cr-114-J-32HTS

COREY DEON CHARLES

_____

## O R D E R

Defendant has submitted an untitled document in letter form
(Doc. #6; Letter). Mr. Charles is informed any requests for relief
must be embodied in a proper motion. *See* Rule 3.01(f), Local
Rules, United States District Court, Middle District of Florida.

It is noted that in the Letter Defendant expresses interest in
being transferred to federal custody from the state system, in
which he is presently serving a sentence. Letter at 1-2. Although
the behavior which led to his current incarceration may also
constitute a violation of his supervised release, *see* Petition for
Warrant or Summons for Offender Under Supervised Release (Doc. #2),
there may be no entitlement to the relief he seeks. *See, e.g.,*
*United States v. Cunningham*, 150 F.App'x 994, 996 (11th Cir. 2005)
(per curiam) (even where federal warrant has issued, defendant not
entitled to commencement of supervised release violation
proceedings prior to completion of state sentence). Nonetheless,

the United States Attorney's office remains free to consider the
Letter for whatever action it deems appropriate.

    **DONE AND ORDERED** at Jacksonville, Florida, this 21st day of
July, 2006.

/s/         Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

United States Attorney
Defendant
United States Probation Office