# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| V. | CASE NUMBER: 3:06-cr-114-J-32HTS |
| | USM NUMBER: 89318198 |
| COREY DEON CHARLES | |
| | Defendant's Attorney: Lisa Ann Call |
| **THE DEFENDANT:** | |

__X__ admitted guilt to violation of charge number(s) **1, 2 and 3** of the term of supervision.

___ was found in violation of charge number(s) ___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Alleged new criminal conduct occurring while on supervision. | 3/25/06 |
| 2 | Positive urinalysis, cocaine. | 2/2/06 |
| 3 | Positive urinalysis, cocaine. | 3/22/06 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has not violated charge number(s)___ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: June 6, 2007

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: June __11__, 2007

| | |
|---|---|
| Defendant: COREY DEON CHARLES | Judgment - Page 2 of 2 |
| Case No.: 3:06-cr-114-J-32HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY ONE (21) month. (No supervision to follow).**

__X__ The Court makes the following recommendations to the Bureau of Prisons:

**Intensive Drug Treatment Program (Defendant has a <u>serious</u> drub problem);**

**Mental health treatment (including anger management);**

**and, expedited designation to Mariana, Florida.**

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.    p.m.    on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL